IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Jonetta Johnson
_____
Full name and prison number
of plaintiff(s)

v.

State of Alabama
Department of Corrections
Health Care Services
Department
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV929-T
(To be supplied by Clerk of
U.S. District Court)

*Received stamp: 2005 SEP 29 A 9:16, U.S. DISTRICT, MIDDLE DIS*

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number _N/A_

4. Name of judge to whom case was assigned _____
   _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _N/A_

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _N/A (next line)_
_Julia Tutwiler Prison for Women_
PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Julia Tutwiler Prison for Women 8966 U.S. Highway 231 Wetumpka, Al. 36092_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS
1. _Health Care Department   8966 US Highway 231 Wetumpka Al. 36092_
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _12/04_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Negligence, After having stroke I was taken to South Baptist. I had a stroke as a result to them not giving me my medicine for Diabetes_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The D.O.C. of Alabama Health care Service refused to give me my medicine for diabeties for a month or better. As a result to this negligence I suffered a stroke.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Compensation*

_____

*Joanetta Johnson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
                    (Date)

*Joanetta Johnson*
Signature of plaintiff(s)

4