AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Jonetta Johnson

Plaintiff

V.

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:05CV929-T

I, Jonetta Johnson, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Julia Tutwiler Prison for Women__

   Are you employed at the institution? __no__    Do you receive any payment from the institution? __no__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends              ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☑ Yes    ☐ No
   d. Disability or workers compensation payments       ☐ Yes    ☐ No
   e. Gifts or inheritances                             ☐ Yes    ☐ No
   f. Any other sources                                 ☐ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____    *Joanetta Johnson*
Date                   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
TUTWILER PRISON

AIS #: 197104        NAME: JOHNSON, JOANETTA MARIE        AS OF: 09/14/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| SEP | 16 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $9.40 | $50.31 |
| DEC | 31 | $21.17 | $175.00 |
| JAN | 31 | $27.51 | $175.00 |
| FEB | 28 | $12.41 | $20.00 |
| MAR | 31 | $14.41 | $25.61 |
| APR | 30 | $58.63 | $100.00 |
| MAY | 31 | $44.38 | $100.00 |
| JUN | 30 | $21.40 | $190.00 |
| JUL | 31 | $36.06 | $150.00 |
| AUG | 31 | $9.41 | $150.00 |
| SEP | 14 | $46.43 | $100.00 |

RECEIVED 2005 SEP 29 A 9: 15 U.S. DISTRICT COURT CLERK MIDDLE DISTRICT ALA

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                         TUTWILER PRISON


AIS #: 197104      NAME: JOHNSON, JOANETTA MARIE          AS OF: 09/14/2005

                    # OF        AVG DAILY          MONTHLY
         MONTH      DAYS         BALANCE          DEPOSITS
         ----------------------------------------------------

         SEP        16            $0.00             $0.00
         OCT        31            $0.00             $0.00
         NOV        30            $9.40            $50.31
         DEC        31           $21.17           $175.00
         JAN        31           $27.51           $175.00
         FEB        28           $12.41            $20.00
         MAR        31           $14.41            $25.61
         APR        30           $58.63           $100.00
         MAY        31           $44.38           $100.00
         JUN        30           $21.40           $190.00
         JUL        31           $36.06           $150.00
         AUG        31            $9.41           $150.00
         SEP        14           $46.43           $100.00
```

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

State of Alabama
Unified Judicial System
Form C-10   Rev 6/88

Case 2:05-cv-00949-WHA   Document 51-5   Filed 12/19/2005   Page 5 of 6

**AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER**

Case Number

IN THE _Joanetta Johnson_ COURT OF _Montgomery_ COUNTY

Plaintiff/State _of_   v. Defendant

2005 SEP 29 A 9:15

IN THE MATTER OF:

TYPE OF PROCEEDING:          CHARGE:

[✓] CIVIL CASE—I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] CIVIL CASE (such as paternity, support, termination of parental rights) — I request an attorney be appointed for me.

[ ] CRIMINAL CASE—I am financially unable to hire an attorney and request that the Court appoint one for me.

**AFFIDAVIT**

A. Do you have a job or work for yourself?   ___Yes  ✓ No
   Employer's name and address _____
   How much money do you take home each week?   + $_____

B. If unemployed, give month and year of last employment and amount earned per month   $_____

C. Does your husband or wife have a job?   ___Yes  ✓ No
   Employer's name and address _____
   How much money does he/she take home each week?   + $_____

D. Do you receive money or benefits from any other source?   ___Yes  ✓ No
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month?   + $_____

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?   ___Yes  ✓ No
   Where? _____   How much?  + $_____

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)   ___Yes  ✓ No
   What? _____
   _____ Total Value + $_____

A. Are you:  ✓ Single  ___ Married  ___ Widowed  ___ Divorced  ___ Separated?

B. Do you have any dependents?   ___Yes  ___No
   Who and what relationship? _____

N957

| | What does it cost you to live each month? | | $ _____ |
|---|---|---|---|
| D | Creditor | Total Debt | Monthly Payment |
| E | Loans | | |
| B | Charge Accounts | | |
| T | House or rent payments | | |
| S | Alimony | | |
| | Support | | |
| | Car payment | | |
| | Groceries | | |
| | Utilities | | |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

__21__ day of __September__, 19__ 2005

_Mmm Gumlison_
Judge/Notary
(06/21/09)

_Janetta Johnson_
Affiant Signature

## ORDER

IT IS ORDERED THAT THE FOREGOING REQUEST BE:

☐ GRANTED     ☐ DENIED

APPOINTMENT OF ATTORNEY:

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

It is further ordered that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

DONE this _____ day of _____, 19 ___

_____
Judge