IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JONETTA JOHNSON, #197 104 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-929-T |
| STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, HEALTH CARE SERVICES DEPARTMENT | * * |
| Defendant. | * |

_____

**ORDER**

Jonetta Johnson ("Plaintiff") files this 42 U.S.C. § 1983 complaint of inadequate medical care by the State of Alabama Department of Corrections Health Care Services Department at the Julia Tutwiler Prison for Women. This complaint cannot proceed because this designated entity, the sole defendant, is not subject to liability in a 42 U.S.C. § 1983. action. *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992).

Accordingly, the court deems it appropriate to provide an opportunity for Plaintiff to amend her complaint to name a proper defendant. It is, therefore, ORDERED that on or before November 9, 2005 Plaintiff shall file an amendment to her complaint which:

1. Identifies the individuals whom she alleges failed to provide adequate medical care;

2. Presents specific facts in support of her claim that these individuals subjected her

to inadequate medical care; and

    3. Describes how these individuals acted in violation of her right to adequate medical care.

Plaintiff is hereby advised that the amendment to the complaint must set forth short and plain statements showing why she is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

Plaintiff is cautioned that if she fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 26th day of October 2005.

                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE