IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JONETTA JOHNSON, #197104 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00929-T |
| | ) | WO |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF CORRECTIONS, HEALTH CARE | ) | |
| SERVICES DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On November 15, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for Plaintiff's failure to comply with the order of this court filed on October 26, 2005.

Done this the 6th day of December, 2005.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE