IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JONETTA JOHNSON, #197104 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00929-T |
| | ) | WO |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF CORRECTIONS, HEALTH CARE | ) | |
| SERVICES DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

Done this the 6th day of December, 2005.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE