```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001436
Cashier ID: cstrecke
Transaction Date: 12/06/2007
Payer Name: JULIA TUTWILER PRISON
------------------------------------
PLRA CIVIL FILING FEE
 For: JOANETTA MARIE JOHNSON
 Case/Party: D-ALM-2-05-CV-000929-001
 Amount:        $30.00
------------------------------------
CHECK
 Remitter: JULIA TUTWILER
 Check/Money Order Num: 29839
 Amt Tendered:  $30.00
------------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00
```

DALM205CV000929-001

JULIA TUTWILER PRISON

FOR JOANETTA JOHNSON

8966 HWY 231 NORTH

WETUMPKA, AL  36092-5343