```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003671
Cashier ID: brobinso
Transaction Date: 02/01/2008
Payer Name: JULIA TUTWILER PRISON
--------------------------------------
PLRA CIVIL FILING FEE
 For: JOANETTA JOHNSON
 Case/Party: D-ALM-2-05-CV-000929-001
 Amount:         $10.00
--------------------------------------
CHECK
  Check/Money Order Num: 29981
  Amt Tendered:  $10.00
--------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:      $0.00
```